# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## **AMENDED** CIVIL MINUTES - GENERAL

| Case No. | CV 19-1848-GW(SSx) | Date | June 3, 2019 |
|---|---|---|---|
| Title | *Sweetwater Malibu CA, LLC v. Mauricio Umansky, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

R. Kevin Fisher  David L. Kirman

**PROCEEDINGS:** DEFENDANTS MAURICIO UMANSKY AND UMRO REALTY CORPORATION'S MOTION TO DISMISS COMPLAINT [18];

SCHEDULING CONFERENCE

The Court's Tentative Ruling is circulated and attached hereto. Court hears oral argument. For reasons stated on the record, Defendants' Motion is continued to July 1, 2019 at 8:30 a.m. The Court orders simultaneous cross-supplemental briefs limited to seven pages to be filed by June 14, 2019. Simultaneous cross-replies limited to five pages are to be filed by noon on June 27, 2019.

Plaintiff's request to add party is granted.

The Court sets the following:

| | |
|---|---|
| Mediation Cutoff | December 4, 2019 |
| Post-Mediation Status Conference | December 5, 2019 at 8:30 a.m. |
| Discovery Cutoff | December 24, 2019 |
| Expert Discovery Cutoff | January 24, 2020 |
| Motion Hearing Cutoff | February 21, 2020 |
| Pretrial Conference | March 19, 2020 at 8:30 a.m. |
| Jury Trial | March 31, 2020 at 9:00 a.m. |

No further amendments allowed; Compliance with FRCP 16 is required.

The parties are referred to ADR Procedure No. 3: Private Mediation.

: 27

Initials of Preparer  JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\* CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1848-GW(SSx) | Date | June 3, 2019 |
|---|---|---|---|
| Title | *Sweetwater Malibu CA, LLC v. Mauricio Umansky, et al.* | | |

cc: ADR Program

: 27

Initials of Preparer   JG