# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sweetwater Malibu CA, LLC, et al.

Plaintiff(s)

v.

Mauricio Umansky, et al.

Defendant(s).

CASE NUMBER: CV 19-1848-GW-SSx

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:   <u>Mauricio Umansky and</u>

<u>UMRO Realty Corp. d/b/a The Agency</u>   ( ) Plaintiff   (x) Defendants   ( ) Other ____
*Name of Party*

to substitute   <u>Douglas C. Emhoff, DLA Piper LLP (US)</u>   who is

(X) Retained Counsel   ( ) Counsel appointed by the Court (Criminal cases only)   ( ) Pro Se

<u>2000 Avenue of the Stars, Suite 400 North Tower</u>
*Street Address*

<u>Los Angeles, CA 90067</u>                <u>douglas.emhoff@us.dlapiper.com</u>
*City, State, Zip*                                    *E-Mail Address*

<u>(310) 595-3000</u>         <u>(310) 595-3300</u>         <u>151049</u>
*Telephone Number*       *Fax Number*              *State Bar Number*

as attorney of record instead of   <u>David M. Kirman and Andrew J. Weisberg, O'Melveny & Myers LLP</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**      **(X) GRANTED**      **( ) DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  September 17, 2019

*(signature)*

HON. GEORGE H. WU, U. S. District Judge