UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1848-GW-SSx | Date | December 5, 2019 |
|---|---|---|---|
| Title | *Sweetwater Malibu CA, LLC v. Mauricio Umansky, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Julian Brew                     Levi W. Heath
R. Kevin Fisher, by telephone

**PROCEEDINGS:** POST-MEDIATION STATUS CONFERENCE

Settlement is reached in principle. Court and counsel confer. For reasons stated on the record, the status conference is continued to December 12, 2019 at 8:30 a.m., with a joint status report to be filed by noon on December 10, 2019.

The Government in consolidated action *United States of America v. One White Crystal Covered Bad Tour Glove, et al.*, CV 11-3582-GW will be advised that its appearance on December 12, 2019 is required.

:  07

Initials of Preparer  JG