Kevin Fisher (State Bar No. 131455)
Praxis Law
P.O. Box 26249
Los Angeles, CA 90026
Telephone: (310) 862-1225
Facsimile: (310) 388-0805
rkf@fkslaw.net

Julian Brew (State Bar No. 150615)
Cypress, LLP
11111 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025
Telephone: (424) 317-6220
Facsimile: (424) 750-5100
julian@cypressllp.com

Attorneys for Plaintiffs
SWEETWATER MALIBU CA LLC and
TEODORO NGUEMA OBIANG
MANGUE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEETWATER MALIBU CA, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAURICIO UMANSKY; UMRO REALTY CORP., a California corporation, dba THE AGENCY,<br><br>    Defendants. | Case No. 2:19-CV-01848-GW-SS<br><br>**STATUS REPORT**<br><br>Judge: Hon. George H. Wu<br><br>Date of Filing: March 13, 2019<br>Trial Date:     March 31, 2020 |

# STATUS REPORT

The Status Conference Report filed yesterday was an incorrect version erroneously filed and not approved by the parties. The following is the correct version.

The parties have agreed in principle to settle this matter. Because of ongoing difficulties in obtaining DOJ approval for use of the proceeds of the sale of the Sweetwater property for the benefit of the people of Equatorial Guinea ("EG") as provided in the settlement agreement governing its sale, however, plaintiffs believe the proposed settlement should provide that any settlement proceeds be deposited into a separate account for immediate use for projects benefiting the people of EG.

Because DOJ is not a party to this lawsuit and the claims arose after the settlement of the underlying case, it is unclear whether DOJ approval is required for the settlement proceeds to be used in this manner instead of being deposited with the proceeds of the sale where they could only be used with the agreement of DOJ. Plaintiffs' counsel therefore has had discussions with DOJ to determine whether it objects to this provision, including an in-person meeting in Washington DC that included plaintiffs' counsel, DOJ representatives, the US Ambassador to EG, and the EG Ambassador to the US.

The DOJ representatives have indicated that they are inclined to agree to the proposed arrangement for use of the funds or at least not object. However, plaintiffs

have not been able to obtain written confirmation that would enable them to finalize the settlement documentation

Dated: December 10, 2019

By _____/s/_____
Kevin Fisher
Attorney for Plaintiffs Teodoro Nguema Obiang Mangue and Sweetwater Malibu, LLC

Dated: December 10, 2019      DLA PIPER

By _____/s/_____
Levi Heath
Attorneys for Defendants Mauricio Umansky and UMRO Realty, Inc. dba The Agency