UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1848-GW-SSx | Date | December 12, 2019 |
|---|---|---|---|
| Title | *Sweetwater Malibu CA, LLC v. Mauricio Umansky, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Julian Brew | Levi W. Heath |
| R. Kevin Fisher | |

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. For reasons stated on the record, the status conference is continued to September 10, 2020 at 8:30 a.m., with a joint status report regarding settlement to be filed by noon on September 8, 2020.

All previously set deadline and hearing dates are vacated and taken off-calendar.

|  | : | 04 |
|---|---|---|
| | Initials of Preparer | JG |