Kevin Fisher (State Bar No. 131455)
Praxis Law
P.O. Box 26249
Los Angeles, CA 90026
Telephone: (310) 862-1225
Facsimile: (310) 388-0805
**rkf@fkslaw.net**

Julian Brew (State Bar No. 150615)
Cypress, LLP
11111 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025
Telephone: (424) 317-6220
Facsimile: (424) 750-5100
**julian@cypressllp.com**

Attorneys for Plaintiffs
SWEETWATER MALIBU CA LLC and
TEODORO NGUEMA OBIANG MANGUE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEETWATER MALIBU CA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICIO UMANSKY; UMRO REALTY CORP., a California corporation, dba THE AGENCY,<br><br>Defendants. | Case No. 2:19-CV-01848-GW-SS<br><br>**JOINT STATUS REPORT**<br><br>Date: September 10, 2020<br>Time: 8:30 a.m.<br>Crtrm: 9D<br><br>Judge: Hon. George H. Wu |

CASE NO. 2:19-CV-01848-GW-SS
STATUS REPORT

# STATUS REPORT

The Defendants made the initial payment required pursuant to the terms of the settlement.

The parties anticipate that the Defendants will make the last payment required by the terms of their settlement agreement by agreed upon date.

In light of the foregoing, the parties request that the Court continue the Status Conference currently set for September 10, 2020 to a date certain in November 2020.

Dated: September 8, 2020

By       /s/
Kevin Fisher
Attorney for Plaintiffs
TEODORO NGUEMA OBIANG MANGUE
and SWEETWATER MALIBU, LLC

Dated: September 8, 2020    DLA PIPER LLP (US)

By      /s/ Levi W. Heath
Levi W. Heath
Attorneys for Defendants
MAURICIO UMANSKY and UMRO
REALTY, INC. dba THE AGENCY

-1-

CASE NO. 2:11-03582-GW-SS
STATUS REPORT