UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

SWEETWATER MALIBU CALIFORNIA, LLC,

Plaintiff,

vs. Case No. CV 19-1848-GW

MAURICIO UMANSKY et al,

Defendants.

______________________________________/

REPORTER'S TELEPHONIC TRANSCRIPT OF
STATUS CONFERENCE
THURSDAY, SEPTEMBER 10, 2020
8:30 A.M.
LOS ANGELES, CALIFORNIA

---

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA 90012
(213) 894-2849

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

CYPRESS LLP
BY: JULIAN BREW
Attorney at Law
11111 Santa Monica Boulevard, Suite 500
Los Angeles, California 90025
julian@cypressllp.com

**FOR THE PLAINTIFF:**

FISHER and KREKORIAN
BY: R. KEVIN FISHER
Attorney at Law
2121 Park Drive
Los Angeles, California 90026
rkf@fkslaw.net

**FOR THE DEFENDANT:**

DLA PIPER LLP US
BY: LEVI WILLIAM HEATH
Attorney at Law
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067

**LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 10, 2020**

**8:30 A.M.**

**--oOo--**

THE COURT: Let me call the matter of *United States versus One White Crystal Covered Glove and also Sweetwater Malibu versus Umansky*. Is there any appearances in either of those cases.

MR. FISHER: Yes, Kevin Fisher appearing in both cases.

In the first case, I am appearing for One White Crystal Glove, and second, on behalf of Sweetwater.

THE COURT: And for --is there anyone here for the government?

MR. LEE: Good morning, Your Honor. This is Woo Lee for the United States on the *One White Crystal Covered Tour* matter.

THE COURT: Do we have --

MR. HEATH: Good morning, Your Honor. Levi Heath on behalf of Umansky and UMRO Realty Corp.

MR. LYONS: Your Honor, this is Duane Lyons.

I'm also appearing on the behalf of the defendant in the *One White Crystal* matter.

MR. BREW: This is also Julian Brew, also appearing for the plaintiffs in *Sweetwater* matter.

THE COURT: Let me ask a quick question, weren't you guys supposed to give me a status report?

MR. FISHER: Yes, Your Honor. One was electronically filed in both matters.

THE COURT: When was that, I didn't see it.

MR. FISHER: It was filed on Tuesday, Your Honor.

THE COURT: Okay. All right. Well, enlighten me, what did it say?

MR. FISHER: Your Honor, essentially in the USA matter, it said that the parties have had multiple negotiations attempting to come to agreement on a charity that to date may have been unable to do so, and they were opting to move forward with selecting a panel, and there were dates proposed for each party to select their panel members -- supposed to be one for each, and then the two panel members selected by the other parties are supposed to select a panel chairman.

The proposed date for the two parties who have selected both their members and a panel chairman are November 23rd, and then by sometime in March, the panel would report back to the parties on the use of the proceeds.

THE COURT: Okay. And that will get rid of both cases -- no, it won't get rid of both cases, it would get rid of obviously of the *White Glove* case?

MR. FISHER: Well, Your Honor, it will set us down the alternate path set forth in the settlement agreement.

And ultimately, the case would, I think, be disposed of once all of the funds are disposed of.

The other issue in the USA case, I will let Mr. Lyons address that.

THE COURT: All right.

MR. LYONS: Your Honor, so with regard to the selection of the panel, we proposed a date where the parties would agree on a representation on their respective members of the panel.

If they could not agree on a third party, then what we would ask is the Court to set a status conference on this matter for, I think, sometime in mid December, and assuming that the parties are unable to identify a third party, we would, you know, provide the Court with notice of that by, say, November 30th.

Then the Court could have a status conference, and we could at that point in time discuss the composition of the panel by the Court, either selecting a third party or as the settlement agreement provides, forcing the parties to go to mediation to somehow select a third party.

Once we get a third party, we believe that the case should move expeditiously.

It's been somewhat protracted. I don't know all of the reasons why it has been protracted, because those have been conversations I have not been a party to.

But we feel now that if we can get the panel constituted then the proceeds would be disbursed, and I think we just wanted a date by which if the parties are not able to select a third party, that the Court could assist them in doing that.

I think the easiest way to do that would be to set a status conference for us to report back.

THE COURT: Okay. I will set that date -- I will set a status conference on the *White Glove* matter for the 14th of December. I want you guys to give me a joint report by noon on the 9th of December.

MR. FISHER: Your Honor, this is Kevin Fisher. I have those dates, we will do that.

The other issue that my client wanted to inform the Court is Your Honor may not remember, but the settlement proceeds were broken down into two buckets.

One bucket of which would be governed by the panel that we're talking about forming, and then there was a second bucket that is controlled by the United States of America, that the USA had said they would -- had committed to try to use for the benefit of the people of Equatorial New Guinea.

It is my client's position there is no reason five years later on that that money hasn't been used for the benefit of the people of Equatorial New Guinea, and my client

intends to bring a motion to try to bring up for the Court to try and force that money to be used for the benefit of the people of Equatorial New Guinea in the near future.

THE COURT: I tell you what, why don't I put that motion on calendar for December 14th as well?

MR. FISHER: Very good, Your Honor.

THE COURT: All of the papers in regards to that motion must be filed by November 30th.

All right?

MR. FISHER: Very good, Your Honor.

THE COURT: So that takes care of the *White Glove* matter.

Let me ask as to *Sweetwater*, what happened?

MR. FISHER: Your Honor, the joint report would say that the initial payment contemplated by the settlement agreement has been made.

The next payment is not yet due, I believe it's due late at the end of this month, so that's where we are with regard to that.

I am hopeful that the other parties will make the payment as contemplated, but I will -- if Mr. Heath has anything to say about that, I will leave that to him.

But it would appear prudent at this time, given the second payment is not yet due, to set a further status conference in that matter also.

THE COURT: All right. Let me ask Mr. Heath, anything else I should do other than setting a status conference?

MR. HEATH: No. That is appropriate, Your Honor. There have been some discussions with potential counsel moving the date for the second payment out to accommodate an effort to get liquid and come up with a second tranche.

Counsel are working together on that, it's not going to through a roadblock in the settlement or create any unnecessary heartburn, but to the extent that the status conference will accommodate that, that would be helpful and we're appearing back to the Court on December 14th, that seems like a time by which we would have the second payment on the settlement agreement made and the case would be resolved.

THE COURT: All right. Let me ask Mr. Fisher, any problem with my setting the status conference for December 14th?

MR. FISHER: No, Your Honor, I believe that would be appropriate.

THE COURT: Okay. All right. I will set the status conference in the *Sweetwater* case for December 14th, and I want a status report on that matter by noon on December the 8th.

All right. Anything else I need to discuss with you guys?

MR. BREW: Your Honor, this is Julian Brew also for

Sweetwater.

I didn't directly volunteer this, but in the interest of not surprising the Court, it's likely there will be another lawsuit filed involving similar allegations in the United States case which would be related to this case as well. It's likely to happen in the next couple of weeks.

THE COURT: On the same property?

MR. BREW: Yes.

THE COURT: Let me just ask, why wouldn't that have been something that would have been discussed in the prior settlement -- prior settlement conference?

MR. BREW: Yes, Your Honor. This is Julian Brew. It's additional parties that were involved in the sale.

I don't want to get into too much detail in it, but it involves aiding and abetting and other allegations.

THE COURT: All right. We will see what happens, anything else we need to discuss with you guys?

MR. FISHER: Not from the defendants, Your Honor.

THE COURT: All right. Have a very nice day and stay safe.

MR. BREW: Thank you, Your Honor.

(The proceedings concluded at 9:41 a.m.)

* * *

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES )
)
STATE OF CALIFORNIA )

I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: March 8, 2021

/s/ TERRI A. HOURIGAN

TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
Federal Official Court Reporter

## /

**/s** [1] - 10:19

## 1

**11111** [1] - 2:5
**14th** [5] - 6:9, 7:5, 8:12, 8:17, 8:21
**19-1848-GW** [1] - 1:7

## 2

**2000** [1] - 2:15
**2021** [1] - 10:16
**2121** [1] - 2:10
**213** [1] - 1:24
**23rd** [1] - 4:19
**28** [1] - 10:9

## 3

**30th** [2] - 5:15, 7:8
**350** [1] - 1:23
**3838** [2] - 1:22, 10:20

## 4

**400** [1] - 2:15
**4311** [1] - 1:23

## 5

**500** [1] - 2:5

## 7

**753** [1] - 10:9

## 8

**8** [1] - 10:16
**894-2849** [1] - 1:24
**8:30** [2] - 1:13, 3:2
**8th** [1] - 8:22

## 9

**90012** [1] - 1:23
**90025** [1] - 2:6
**90026** [1] - 2:11
**90067** [1] - 2:16
**9:41** [1] - 9:22
**9th** [1] - 6:11

## A

**A.M** [2] - 1:13, 3:2
**a.m** [1] - 9:22
**abetting** [1] - 9:15
**able** [1] - 6:3
**above-entitled** [1] - 10:12
**accommodate** [2] - 8:6, 8:11
**additional** [1] - 9:13
**address** [1] - 5:4
**agree** [2] - 5:8, 5:10
**agreement** [5] - 4:11, 4:25, 5:19, 7:16, 8:14
**aiding** [1] - 9:15
**al** [1] - 1:8
**allegations** [2] - 9:4, 9:15
**alternate** [1] - 4:25
**America** [1] - 6:20
**Angeles** [3] - 2:6, 2:11, 2:16
**ANGELES** [4] - 1:14, 1:23, 3:1, 10:3
**appear** [1] - 7:23
**APPEARANCES** [1] - 2:1
**appearances** [1] - 3:7
**appearing** [5] - 3:9, 3:11, 3:22, 3:24, 8:12
**appropriate** [2] - 8:4, 8:19
**assist** [1] - 6:4
**assuming** [1] - 5:13
**attempting** [1] - 4:11
**Attorney** [3] - 2:5, 2:10, 2:15
**Avenue** [1] - 2:15

## B

**behalf** [3] - 3:12, 3:20, 3:22
**benefit** [3] - 6:21, 6:25, 7:2
**Boulevard** [1] - 2:5
**BREW** [6] - 2:4, 3:24, 8:25, 9:8, 9:12, 9:21
**Brew** [3] - 3:24, 8:25, 9:12
**bring** [2] - 7:1
**broken** [1] - 6:16
**bucket** [2] - 6:17, 6:19
**buckets** [1] - 6:16
**BY** [3] - 2:4, 2:9, 2:14

## C

**calendar** [1] - 7:5
**California** [4] - 2:6, 2:11, 2:16, 10:8
**CALIFORNIA** [6] - 1:2, 1:5, 1:14, 1:23, 3:1, 10:4
**care** [1] - 7:11
**case** [9] - 3:11, 4:23, 5:1, 5:3, 5:22, 8:14, 8:21, 9:5
**Case** [1] - 1:7
**cases** [4] - 3:8, 3:10, 4:22
**CCRR** [1] - 1:22
**Central** [1] - 10:8
**CENTRAL** [1] - 1:2
**CERTIFICATE** [1] - 10:1
**certify** [1] - 10:8
**chairman** [2] - 4:16, 4:18
**charity** [1] - 4:11
**client** [2] - 6:14, 6:25
**client's** [1] - 6:23
**Code** [1] - 10:9
**committed** [1] - 6:20
**composition** [1] - 5:17
**concluded** [1] - 9:22
**conference** [11] - 5:11, 5:16, 6:7, 6:9, 7:25, 8:3, 8:11, 8:16, 8:21, 9:11, 10:13
**conformance** [1] - 10:13
**constituted** [1] - 6:2
**contemplated** [2] - 7:15, 7:21
**controlled** [1] - 6:19
**conversations** [1] - 5:25
**Corp** [1] - 3:20
**correct** [1] - 10:10
**counsel** [2] - 8:5, 8:8
**COUNSEL** [1] - 2:1
**COUNTY** [1] - 10:3
**couple** [1] - 9:6
**COURT** [21] - 1:1, 1:22, 3:5, 3:13, 3:18, 4:1, 4:5, 4:7, 4:21, 5:5, 6:8, 7:4, 7:7, 7:11, 8:1, 8:15, 8:20, 9:7, 9:9, 9:16, 9:19
**Court** [12] - 5:11, 5:14, 5:16, 5:18, 6:4, 6:15, 7:1, 8:12, 9:3, 10:7, 10:20
**Covered** [2] - 3:6, 3:16
**create** [1] - 8:9
**CRR** [1] - 10:20
**Crystal** [4] - 3:6, 3:12, 3:16, 3:23
**CSR** [2] - 1:22, 10:20
**CV** [1] - 1:7
**CYPRESS** [1] - 2:4

## D

**date** [6] - 4:11, 4:17, 5:7, 6:3, 6:8, 8:6
**Date** [1] - 10:16
**dates** [2] - 4:13, 6:13
**December** [8] - 5:12, 6:10, 6:11, 7:5, 8:12, 8:16, 8:21, 8:22
**defendant** [1] - 3:23
**DEFENDANT** [1] - 2:13
**Defendants** [1] - 1:9
**defendants** [1] - 9:18
**detail** [1] - 9:14
**directly** [1] - 9:2
**disbursed** [1] - 6:2
**discuss** [3] - 5:17, 8:23, 9:17
**discussed** [1] - 9:10
**discussions** [1] - 8:5
**disposed** [2] - 5:2
**District** [2] - 10:7, 10:8
**DISTRICT** [3] - 1:1, 1:2, 1:3
**DIVISION** [1] - 1:2
**DLA** [1] - 2:14
**down** [2] - 4:24, 6:16
**Drive** [1] - 2:10
**Duane** [1] - 3:21
**due** [3] - 7:17, 7:18, 7:24

## E

**easiest** [1] - 6:6
**effort** [1] - 8:6
**either** [2] - 3:7, 5:18
**electronically** [1] - 4:4
**end** [1] - 7:18
**enlighten** [1] - 4:7
**entitled** [1] - 10:12
**Equatorial** [3] - 6:21, 6:25, 7:3
**essentially** [1] - 4:9
**et** [1] - 1:8
**expeditiously** [1] - 5:22
**extent** [1] - 8:10

## F

**Federal** [2] - 10:6, 10:20
**FEDERAL** [1] - 1:22
**filed** [4] - 4:4, 4:6, 7:8, 9:4
**FIRST** [1] - 1:23
**first** [1] - 3:11
**fisher** [1] - 8:15
**FISHER** [13] - 2:9, 2:9, 3:9, 4:3, 4:6, 4:9, 4:24, 6:12, 7:6, 7:10, 7:14, 8:18, 9:18
**Fisher** [2] - 3:9, 6:12
**five** [1] - 6:24
**FOR** [3] - 2:3, 2:8, 2:13
**force** [1] - 7:2
**forcing** [1] - 5:19
**foregoing** [1] - 10:10
**format** [1] - 10:12
**forming** [1] - 6:18
**forth** [1] - 4:25
**forward** [1] - 4:12
**funds** [1] - 5:2
**future** [1] - 7:3

## G

**GEORGE** [1] - 1:3
**given** [1] - 7:24
**Glove** [5] - 3:6, 3:12, 4:23, 6:9, 7:11
**governed** [1] - 6:17
**government** [1] - 3:14
**Guinea** [3] - 6:22, 6:25, 7:3
**guys** [4] - 4:2, 6:10, 8:24, 9:17

## H

**heartburn** [1] - 8:10
**HEATH** [3] - 2:14, 3:19, 8:4
**Heath** [3] - 3:19, 7:21, 8:1
**held** [1] - 10:11
**helpful** [1] - 8:11
**hereby** [1] - 10:8
**Honor** [19] - 3:15, 3:19, 3:21, 4:3, 4:6, 4:9, 4:24, 5:6, 6:12, 6:15, 7:6, 7:10, 7:14, 8:4, 8:18, 8:25, 9:12, 9:18, 9:21
**HONORABLE** [1] - 1:3
**hopeful** [1] - 7:20
**HOURIGAN** [4] - 1:22, 10:6, 10:19, 10:20

## I

**identify** [1] - 5:13
**inform** [1] - 6:15
**initial** [1] - 7:15
**intends** [1] - 7:1
**interest** [1] - 9:3
**involved** [1] - 9:13
**involves** [1] - 9:15
**involving** [1] - 9:4
**issue** [2] - 5:3, 6:14

## J

**joint** [2] - 6:10, 7:14
**JUDGE** [1] - 1:3
**judicial** [1] - 10:13
**Julian** [3] - 3:24, 8:25, 9:12
**JULIAN** [1] - 2:4
**julian@cypressllp.com** [1] - 2:6

## K

**KEVIN** [1] - 2:9
**Kevin** [2] - 3:9, 6:12
**KREKORIAN** [1] - 2:9

## L

**late** [1] - 7:18
**Law** [3] - 2:5, 2:10, 2:15
**lawsuit** [1] - 9:4
**leave** [1] - 7:22
**LEE** [1] - 3:15
**Lee** [1] - 3:15
**LEVI** [1] - 2:14
**Levi** [1] - 3:19
**likely** [2] - 9:3, 9:6
**liquid** [1] - 8:7
**LLC** [1] - 1:5
**LLP** [2] - 2:4, 2:14
**Los** [3] - 2:6, 2:11, 2:16
**LOS** [4] - 1:14, 1:23, 3:1, 10:3
**LYONS** [2] - 3:21, 5:6
**Lyons** [2] - 3:21, 5:4

## M

**Malibu** [1] - 3:7
**MALIBU** [1] - 1:5
**March** [2] - 4:19, 10:16
**matter** [11] - 3:5, 3:17, 3:23, 3:25, 4:10, 5:12, 6:9, 7:12, 7:25, 8:22, 10:12
**matters** [1] - 4:4
**MAURICIO** [1] - 1:8
**mediation** [1] - 5:20
**members** [4] - 4:14, 4:15, 4:18, 5:8
**mid** [1] - 5:12
**money** [2] - 6:24, 7:2
**Monica** [1] - 2:5
**month** [1] - 7:18
**morning** [2] - 3:15, 3:19
**motion** [3] - 7:1, 7:5, 7:8
**move** [2] - 4:12, 5:22
**moving** [1] - 8:5
**MR** [21] - 3:9, 3:15, 3:19, 3:21, 3:24, 4:3, 4:6, 4:9, 4:24, 5:6, 6:12, 7:6, 7:10, 7:14, 8:4, 8:18, 8:25, 9:8, 9:12, 9:18, 9:21
**multiple** [1] - 4:10
**must** [1] - 7:8

## N

**near** [1] - 7:3
**need** [2] - 8:23, 9:17
**negotiations** [1] - 4:10
**New** [3] - 6:21, 6:25, 7:3
**next** [2] - 7:17, 9:6
**nice** [1] - 9:19
**NO** [2] - 1:22, 10:20
**noon** [2] - 6:10, 8:22
**notice** [1] - 5:14
**November** [3] - 4:19, 5:15, 7:8

## O

**obviously** [1] - 4:23
**OF** [6] - 1:2, 1:12, 2:1, 10:1, 10:3, 10:4
**Official** [2] - 10:6, 10:20
**OFFICIAL** [2] - 1:22, 10:1
**once** [2] - 5:2, 5:21
**One** [4] - 3:6, 3:11, 3:16, 3:23
**one** [3] - 4:3, 4:14, 6:17
**oOo** [1] - 3:3
**opting** [1] - 4:12

## P

**page** [1] - 10:12
**panel** [11] - 4:13, 4:14, 4:15, 4:16, 4:18, 4:19, 5:7, 5:9, 5:18, 6:1, 6:18
**papers** [1] - 7:7
**Park** [1] - 2:10
**parties** [10] - 4:10, 4:16, 4:17, 4:20, 5:7, 5:13, 5:19, 6:3, 7:20, 9:13
**party** [8] - 4:14, 5:10, 5:13, 5:18, 5:20, 5:21, 5:25, 6:4
**path** [1] - 4:25
**payment** [6] - 7:15, 7:17, 7:21, 7:24, 8:6, 8:13
**people** [3] - 6:21, 6:25, 7:3
**PIPER** [1] - 2:14
**Plaintiff** [1] - 1:6
**PLAINTIFF** [2] - 2:3, 2:8
**plaintiffs** [1] - 3:25
**point** [1] - 5:17
**position** [1] - 6:23
**potential** [1] - 8:5
**problem** [1] - 8:16
**proceedings** [2] - 9:22, 10:11
**proceeds** [3] - 4:20, 6:2, 6:16
**property** [1] - 9:7
**proposed** [3] - 4:13, 4:17, 5:7
**protracted** [2] - 5:23, 5:24
**provide** [1] - 5:14
**provides** [1] - 5:19
**prudent** [1] - 7:23
**pursuant** [1] - 10:9
**put** [1] - 7:4

## Q

**quick** [1] - 4:1

## R

**Realtime** [1] - 10:6
**Realty** [1] - 3:20
**reason** [1] - 6:23
**reasons** [1] - 5:24
**regard** [2] - 5:6, 7:19
**regards** [1] - 7:7
**regulations** [1] - 10:13
**related** [1] - 9:5
**remember** [1] - 6:15
**report** [6] - 4:2, 4:20, 6:7, 6:10, 7:14, 8:22
**reported** [1] - 10:11
**REPORTER** [2] - 1:22, 10:1
**Reporter** [2] - 10:7, 10:20
**REPORTER'S** [1] - 1:12
**representation** [1] - 5:8
**resolved** [1] - 8:14
**respective** [1] - 5:8
**rid** [3] - 4:21, 4:22
**rkf@fkslaw.net** [1] - 2:11
**roadblock** [1] - 8:9
**ROOM** [1] - 1:23
**RPR** [1] - 10:20

## S

**safe** [1] - 9:20
**sale** [1] - 9:13
**Santa** [1] - 2:5
**second** [6] - 3:12, 6:19, 7:24, 8:6, 8:7, 8:13
**Section** [1] - 10:9
**see** [2] - 4:5, 9:16
**select** [4] - 4:14, 4:16, 5:20, 6:4
**selected** [2] - 4:15, 4:18
**selecting** [2] - 4:13, 5:18
**selection** [1] - 5:7
**set** [8] - 4:24, 4:25, 5:11, 6:7, 6:8, 6:9, 7:24, 8:20
**setting** [2] - 8:2, 8:16
**settlement** [8] - 4:25, 5:19, 6:16, 7:15, 8:9, 8:14, 9:11
**similar** [1] - 9:4
**sometime** [2] - 4:19, 5:12
**somewhat** [1] - 5:23
**Stars** [1] - 2:15
**STATE** [1] - 10:4
**STATES** [1] - 1:1
**States** [7] - 3:5, 3:16, 6:19, 9:5, 10:7, 10:9, 10:14
**status** [11] - 4:2, 5:11, 5:16, 6:7, 6:9, 7:25, 8:2, 8:10, 8:16, 8:20, 8:22
**stay** [1] - 9:20
**stenographically** [1] - 10:11
**STREET** [1] - 1:23
**Suite** [2] - 2:5, 2:15
**supposed** [3] - 4:2, 4:14, 4:16
**surprising** [1] - 9:3
**SWEETWATER** [1] - 1:5
**Sweetwater** [6] - 3:6, 3:12, 3:25, 7:13, 8:21, 9:1

## T

**TELEPHONIC** [1] - 1:12
**TERRI** [4] - 1:22, 10:6, 10:19, 10:20
**THE** [22] - 2:3, 2:8, 2:13, 3:5, 3:13, 3:18, 4:1, 4:5, 4:7, 4:21, 5:5, 6:8, 7:4, 7:7, 7:11, 8:1, 8:15, 8:20, 9:7, 9:9, 9:16, 9:19
**third** [6] - 5:10, 5:13, 5:18, 5:20, 5:21, 6:4
**Title** [1] - 10:9
**together** [1] - 8:8
**Tour** [1] - 3:16
**tranche** [1] - 8:7
**TRANSCRIPT** [1] - 1:12
**transcript** [2] - 10:10, 10:12
**true** [1] - 10:10
**try** [3] - 6:21, 7:1, 7:2
**Tuesday** [1] - 4:6
**two** [3] - 4:15, 4:17, 6:16

## U

**U.S** [1] - 1:3
**ultimately** [1] - 5:1
**UMANSKY** [1] - 1:8
**Umansky** [2] - 3:7, 3:20
**UMRO** [1] - 3:20
**unable** [2] - 4:12, 5:13
**United** [7] - 3:5, 3:16, 6:19, 9:5, 10:7, 10:9, 10:14
**UNITED** [1] - 1:1
**unnecessary** [1] - 8:10
**up** [2] - 7:1, 8:7
**US** [1] - 2:14

**USA** [3] - 4:9, 5:3, 6:20

**V**

**versus** [2] - 3:6, 3:7
**volunteer** [1] - 9:2
**vs** [1] - 1:7

**W**

**weeks** [1] - 9:6
**WEST** [1] - 1:23
**WESTERN** [1] - 1:2
**White** [7] - 3:6, 3:12, 3:16, 3:23, 4:23, 6:9, 7:11
**WILLIAM** [1] - 2:14
**Woo** [1] - 3:15
**WU** [1] - 1:3

**Y**

**years** [1] - 6:24