UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

SWEETWATER MALIBU CALIFORNIA, LLC,

    Plaintiff,

 vs.                                      Case No. CV 19-1848-GW

MAURICIO UMANSKY et al,

    Defendants.
_____/

REPORTER'S TELEPHONIC TRANSCRIPT OF
POST-MEDIATION STATUS CONFERENCE
MONDAY, FEBRUARY 22, 2021
8:30 A.M.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    CYPRESS LLP
    BY:  JULIAN BREW
    Attorney at Law
    11111 Santa Monica Boulevard, Suite 500
    Los Angeles, California  90025
    julian@cypressllp.com

**FOR THE PLAINTIFF:**

    FISHER and KREKORIAN
    BY:  R. KEVIN FISHER
    Attorney at Law
    2121 Park Drive
    Los Angeles, California  90026
    rkf@fkslaw.net

**FOR THE DEFENDANT:**

    DLA PIPER LLP US
    BY:  LEVI WILLIAM HEATH
    Attorney at Law
    2000 Avenue of the Stars, Suite 400
    Los Angeles, California  90067

```
 1            LOS ANGELES, CALIFORNIA; MONDAY, FEBRUARY 22, 2021
 2                             8:30 A.M.
 3                             --oOo--
 4
 5
 6            THE COURT:  Let me call the matter of Sweetwater
 7   Malibu versus Umansky.
 8               For the plaintiff, we have?
 9            MR. BREW:  Julian Brew for Cypress, good morning,
10   Your Honor.
11            THE COURT:  All right.  For the defense?
12            MR. HEATH:  Good morning, Your Honor, Levi Heath on
13   behalf of defendants.
14            THE COURT:  All right.  In this matter -- is the
15   case over yet?
16            MR. HEATH:  Correct, Your Honor.  Levi Heath for the
17   defendants.  We filed a request for a dismissal on Friday, and
18   I believe a copy was delivered to chambers Friday afternoon.
19            THE COURT:  Okay.  Let me ask Javier, is there one?
20   Do I have one?
21               Also let me ask, is the government agreeable
22   to my signing off on it; is that correct?
23            MR. BREW:  I don't think we have made contact with
24   the government on this dismissal, where they never raised the
25   issue previously.
```

1    THE COURT:  Maybe I misunderstood.  Is there a
2 representative of the government on the line?
3    THE COURTROOM DEPUTY:  No, Judge.
4    THE COURT:  Let me ask other plaintiff's counsel,
5 well, is the stipulation signed off by everybody?
6    THE COURTROOM DEPUTY:  Let me get it.
7    MR. BREW:  So the government is not a party to the
8 case, I guess it was consolidated.
9    THE COURT:  So the government has no say in this
10 then?  Okay.  In that case, then, all right.
11    MR. BREW:  No.
12    THE COURT:  Maybe I'm confusing it with the other
13 one.
14         So let me ask plaintiff's counsel, you
15 represent both Sweetwater and I don't know how you pronounce
16 the last name -- Mangue?  Is that how you pronounce the last
17 name?
18    MR. BREW:  We typically refer to him as Mr. Nguema.
19    THE COURT:  I thought that was the middle name.
20 That is fine.  So you represent both the plaintiffs then?
21    MR. BREW:  Yes.
22    THE COURT:  Okay.  In that case, since this is a
23 stipulation, I will sign off on it and that gets rid of this
24 case.
25         Thank you very much, gentlemen.  Have a nice

```
 1  day.
 2              MR. HEATH:  Thank you, Your Honor.
 3
 4          (The proceedings concluded at 8:37 a.m.)
 5                        * * *
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date:  March 5, 2021


                /s/ TERRI A. HOURIGAN
                _____
                TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                    Federal Official Court Reporter

| / | 2:11, 2:16<br>**ANGELES** [4] - 1:14, 1:23, 3:1, 6:3<br>**APPEARANCES** [1] - 2:1<br>**Attorney** [3] - 2:5, 2:10, 2:15<br>**Avenue** [1] - 2:15 | 4:3, 4:6<br>**CRR** [1] - 6:20<br>**CSR** [2] - 1:22, 6:20<br>**CV** [1] - 1:7<br>**CYPRESS** [1] - 2:4<br>**Cypress** [1] - 3:9 | **H**<br>**HEATH** [4] - 2:14, 3:12, 3:16, 5:2<br>**Heath** [2] - 3:12, 3:16<br>**held** [1] - 6:11<br>**hereby** [1] - 6:8<br>**Honor** [4] - 3:10, 3:12, 3:16, 5:2<br>**HONORABLE** [1] - 1:3<br>**HOURIGAN** [4] - 1:22, 6:6, 6:19, 6:20 | 1:12<br>**middle** [1] - 4:19<br>**misunderstood** [1] - 4:1<br>**MONDAY** [2] - 1:13, 3:1<br>**Monica** [1] - 2:5<br>**morning** [2] - 3:9, 3:12<br>**MR** [9] - 3:9, 3:12, 3:16, 3:23, 4:7, 4:11, 4:18, 4:21, 5:2 |
|---|---|---|---|---|
| **/s** [1] - 6:19 | | **D** | | |
| **1** | | **Date** [1] - 6:16<br>**DEFENDANT** [1] - 2:13<br>**Defendants** [1] - 1:9<br>**defendants** [2] - 3:13, 3:17<br>**defense** [1] - 3:11<br>**delivered** [1] - 3:18<br>**DEPUTY** [2] - 4:3, 4:6<br>**dismissal** [2] - 3:17, 3:24<br>**DISTRICT** [3] - 1:1, 1:2, 1:3<br>**District** [2] - 6:7, 6:8<br>**DIVISION** [1] - 1:2<br>**DLA** [1] - 2:14<br>**Drive** [1] - 2:10 | | **N** |
| **11111** [1] - 2:5<br>**19-1848-GW** [1] - 1:7 | **B** | | **I** | **name** [3] - 4:16, 4:17, 4:19<br>**never** [1] - 3:24<br>**Nguema** [1] - 4:18<br>**nice** [1] - 4:25<br>**NO** [2] - 1:22, 6:20 |
| **2** | **behalf** [1] - 3:13<br>**Boulevard** [1] - 2:5<br>**BREW** [7] - 2:4, 3:9, 3:23, 4:7, 4:11, 4:18, 4:21<br>**Brew** [1] - 3:9<br>**BY** [3] - 2:4, 2:9, 2:14 | | **issue** [1] - 3:25 | |
| **2000** [1] - 2:15<br>**2021** [3] - 1:13, 3:1, 6:16<br>**2121** [1] - 2:10<br>**213** [1] - 1:24<br>**22** [2] - 1:13, 3:1<br>**28** [1] - 6:9 | | | **J** | |
| | | | **Javier** [1] - 3:19<br>**JUDGE** [1] - 1:3<br>**Judge** [1] - 4:3<br>**judicial** [1] - 6:13<br>**JULIAN** [1] - 2:4<br>**Julian** [1] - 3:9<br>**julian@cypressllp.com** [1] - 2:6 | **O** |
| **3** | **C** | | | **OF** [6] - 1:2, 1:12, 2:1, 6:1, 6:3, 6:4<br>**Official** [2] - 6:6, 6:20<br>**OFFICIAL** [2] - 1:22, 6:1<br>**one** [3] - 3:19, 3:20, 4:13<br>**oOo** [1] - 3:3 |
| **350** [1] - 1:23<br>**3838** [2] - 1:22, 6:20 | **CALIFORNIA** [6] - 1:2, 1:5, 1:14, 1:23, 3:1, 6:4<br>**California** [4] - 2:6, 2:11, 2:16, 6:8<br>**Case** [1] - 1:7<br>**case** [5] - 3:15, 4:8, 4:10, 4:22, 4:24<br>**CCRR** [1] - 1:22<br>**Central** [1] - 6:8<br>**CENTRAL** [1] - 1:2<br>**CERTIFICATE** [1] - 6:1<br>**certify** [1] - 6:8<br>**chambers** [1] - 3:18<br>**Code** [1] - 6:9<br>**concluded** [1] - 5:4<br>**CONFERENCE** [1] - 1:12<br>**conference** [1] - 6:13<br>**conformance** [1] - 6:13<br>**confusing** [1] - 4:12<br>**consolidated** [1] - 4:8<br>**contact** [1] - 3:23<br>**copy** [1] - 3:18<br>**correct** [3] - 3:16, 3:22, 6:10<br>**counsel** [2] - 4:4, 4:14<br>**COUNSEL** [1] - 2:1<br>**COUNTY** [1] - 6:3<br>**COURT** [12] - 1:1, 1:22, 3:6, 3:11, 3:14, 3:19, 4:1, 4:4, 4:9, 4:12, 4:19, 4:22<br>**Court** [3] - 6:7, 6:20<br>**COURTROOM** [2] - | | | |
| **4** | | | **K** | |
| **400** [1] - 2:15<br>**4311** [1] - 1:23 | | **E** | **KEVIN** [1] - 2:9<br>**KREKORIAN** [1] - 2:9 | |
| **5** | | **entitled** [1] - 6:12<br>**et** [1] - 1:8 | | **P** |
| **5** [1] - 6:16<br>**500** [1] - 2:5 | | **F** | **L** | **page** [1] - 6:12<br>**Park** [1] - 2:10<br>**party** [1] - 4:7<br>**PIPER** [1] - 2:14<br>**Plaintiff** [1] - 1:6<br>**PLAINTIFF** [2] - 2:3, 2:8<br>**plaintiff** [1] - 3:8<br>**plaintiff's** [2] - 4:4, 4:14<br>**plaintiffs** [1] - 4:20<br>**POST** [1] - 1:12<br>**POST-MEDIATION** [1] - 1:12<br>**previously** [1] - 3:25<br>**proceedings** [2] - 5:4, 6:11<br>**pronounce** [2] - 4:15, 4:16<br>**pursuant** [1] - 6:9 |
| **7** | | **FEBRUARY** [2] - 1:13, 3:1<br>**Federal** [2] - 6:6, 6:20<br>**FEDERAL** [1] - 1:22<br>**filed** [1] - 3:17<br>**fine** [1] - 4:20<br>**FIRST** [1] - 1:23<br>**FISHER** [2] - 2:9, 2:9<br>**FOR** [3] - 2:3, 2:8, 2:13<br>**foregoing** [1] - 6:10<br>**format** [1] - 6:12<br>**Friday** [2] - 3:17, 3:18 | **last** [2] - 4:16<br>**Law** [3] - 2:5, 2:10, 2:15<br>**LEVI** [1] - 2:14<br>**Levi** [2] - 3:12, 3:16<br>**line** [1] - 4:2<br>**LLC** [1] - 1:5<br>**LLP** [2] - 2:4, 2:14<br>**LOS** [4] - 1:14, 1:23, 3:1, 6:3<br>**Los** [3] - 2:6, 2:11, 2:16 | |
| **753** [1] - 6:9 | | | | |
| **8** | | | | |
| **894-2849** [1] - 1:24<br>**8:30** [2] - 1:13, 3:2<br>**8:37** [1] - 5:4 | | | **M** | **R** |
| **9** | | **G** | **MALIBU** [1] - 1:5<br>**Malibu** [1] - 3:7<br>**Mangue** [1] - 4:16<br>**March** [1] - 6:16<br>**matter** [3] - 3:6, 3:14, 6:12<br>**MAURICIO** [1] - 1:8<br>**MEDIATION** [1] - | **raised** [1] - 3:24<br>**Realtime** [1] - 6:6 |
| **90012** [1] - 1:23<br>**90025** [1] - 2:6<br>**90026** [1] - 2:11<br>**90067** [1] - 2:16 | | **gentlemen** [1] - 4:25<br>**GEORGE** [1] - 1:3<br>**government** [5] - 3:21, 3:24, 4:2, 4:7, 4:9<br>**guess** [1] - 4:8 | | |
| **A** | | | | |
| **a.m** [1] - 5:4<br>**A.M** [2] - 1:13, 3:2<br>**above-entitled** [1] - 6:12<br>**afternoon** [1] - 3:18<br>**agreeable** [1] - 3:21<br>**al** [1] - 1:8<br>**Angeles** [3] - 2:6, | | | | |

**refer** [1] - 4:18
**regulations** [1] - 6:13
**reported** [1] - 6:11
**Reporter** [2] - 6:7, 6:20
**REPORTER** [2] - 1:22, 6:1
**REPORTER'S** [1] - 1:12
**represent** [2] - 4:15, 4:20
**representative** [1] - 4:2
**request** [1] - 3:17
**rid** [1] - 4:23
**rkf@fkslaw.net** [1] - 2:11
**ROOM** [1] - 1:23
**RPR** [1] - 6:20

**S**

**Santa** [1] - 2:5
**Section** [1] - 6:9
**sign** [1] - 4:23
**signed** [1] - 4:5
**signing** [1] - 3:22
**Stars** [1] - 2:15
**STATE** [1] - 6:4
**STATES** [1] - 1:1
**States** [3] - 6:7, 6:9, 6:14
**STATUS** [1] - 1:12
**stenographically** [1] - 6:11
**stipulation** [2] - 4:5, 4:23
**STREET** [1] - 1:23
**Suite** [2] - 2:5, 2:15
**SWEETWATER** [1] - 1:5
**Sweetwater** [2] - 3:6, 4:15

**T**

**TELEPHONIC** [1] - 1:12
**TERRI** [4] - 1:22, 6:6, 6:19, 6:20
**THE** [15] - 2:3, 2:8, 2:13, 3:6, 3:11, 3:14, 3:19, 4:1, 4:3, 4:4, 4:6, 4:9, 4:12, 4:19, 4:22
**Title** [1] - 6:9
**TRANSCRIPT** [1] - 1:12
**transcript** [2] - 6:10, 6:12
**true** [1] - 6:10
**typically** [1] - 4:18

**U**

**U.S** [1] - 1:3
**Umansky** [1] - 3:7
**UMANSKY** [1] - 1:8
**United** [3] - 6:7, 6:9, 6:14
**UNITED** [1] - 1:1
**US** [1] - 2:14

**V**

**versus** [1] - 3:7
**vs** [1] - 1:7

**W**

**WEST** [1] - 1:23
**WESTERN** [1] - 1:2
**WILLIAM** [1] - 2:14
**WU** [1] - 1:3