```
                UNITED STATES DISTRICT COURT

        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

          HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE



SWEETWATER MALIBU CALIFORNIA, LLC,

              Plaintiff,

     vs.                              Case No. CV 19-1848-GW

MAURICIO UMANSKY et al,

              Defendants.
_____/
UNITED STATES OF AMERICA,

              Plaintiff,
                                      Case No CV-11-3582-GW

v

ONE WHITE CRYSTAL COVERED BAD TOUR GLOVE,
and OTHER MICHAEL JACKSON MEMORABILIA,

              Defendant.
_____/


             REPORTER'S TELEPHONIC TRANSCRIPT OF
                     STATUS CONFERENCE
                THURSDAY, DECEMBER 12, 2019
                         8:30 A.M.
                  LOS ANGELES, CALIFORNIA




_____

          TERRI A. HOURIGAN, CSR NO. 3838, CCRR
             FEDERAL OFFICIAL COURT REPORTER
            350 WEST FIRST STREET, ROOM 4311
             LOS ANGELES, CALIFORNIA  90012
                     (213) 894-2849
```

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF: SWEETWATER MALIBU**

    CYPRESS LLP
    BY:  JULIAN BREW
    Attorney at Law
    11111 Santa Monica Boulevard, Suite 500
    Los Angeles, California  90025
    julian@cypressllp.com

FISHER and KREKORIAN
    BY:  R. KEVIN FISHER
    Attorney at Law
    2121 Park Drive
    Los Angeles, California  90026
    rkf@fkslaw.net


U. S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
BY: WOO S. LEE
Attorney at Law
1400 New York Avenue N.W. 10th Floor
Washington, DC  20005


**FOR THE DEFENDANT: MAURICIO UMANSKY**

    DLA PIPER LLP US
    BY:  LEVI WILLIAM HEATH
    Attorney at Law
    2000 Avenue of the Stars, Suite 400
    Los Angeles, California  90067

**LOS ANGELES, CALIFORNIA; THURSDAY, DECEMBER 12, 2019**

**8:30 A.M.**

THE COURT: All right. Let me call the matters of *United States versus One White Crystal Covered Bad Tour Glove* and also *Sweetwater versus Umansky*.

Let me have appearances.

MR. FISHER: Good morning, Your Honor. Kevin Fisher appearing on behalf of Teodoro Nguema Obiang Mangue and Sweetwater Management.

THE COURT: All right.

MR. BREW: Good morning, Your Honor. Julian Brew appearing on behalf of the plaintiffs as well.

MR. HEATH: Good morning, Your Honor. Levi Heath appearing on behalf of the defendants in the Sweetwater action.

THE COURT: All right. And on the telephone, we have?

MR. LEE: This is Woo Lee for the United States.

THE COURT: Okay. Let me ask, have you guys resolved the issues at this point?

MR. FISHER: Your Honor, this is Kevin Fisher, as noted in our status conference report, I met with DOJ representatives in Washington last week, including Mr. Lee.

What we believe that we have resolved the ability so we can move forward with settling the Umansky case,

```
08:42AM
         1  the biggest issue had been that we wanted the funds from this
         2  settlement to essentially go into my trust account, which would
         3  then be used and my clients would coordinate with the U.S.
         4  Ambassador for Equatorial New Guinea on the use of those funds.
         5            It's five years later on from the original
         6  filing, and while we're working on a spend plan, we still
         7  haven't spent any of the money from the prior settlement.
         8            THE COURT:  All right.  Let me ask Mr. Lee, is there
         9  going to be a problem with that?
08:42AM 10            MR. LEE:  No.  We had discussions with Mr. Fisher as
        11  he said, and we don't have any objection for that plan.
        12            THE COURT:  I presume as to the *Sweetwater* matter,
        13  given that there is going to be this resolution, when can the
        14  money be transferred?
        15            MR. LEE:  The settlement agreement contemplates two
        16  payments.
        17            One payment in 30 days from resolution of this
        18  issue and then another point at some point down the road.
        19            THE COURT:  What is that point?
08:43AM 20            MR. LEE:  Six months, I believe.
        21            THE COURT:  Six months.  So, in other words, we're
        22  talking about --
        23            MR. FISHER:  Your Honor, I believe it's 270 days
        24  after.
08:43AM 25            THE COURT:  270 days.  What we're talking about, I
```

```
         1  presume it's within 30 days of today's date.
         2              So today is the 12th, and so 30 days from
         3  today's date would be the 11th of January.
         4              So I will put it for the 13th of January,
08:43AM  5  that's when the first payment will be made.
         6         MR. LEE:  Your Honor, the first payment is due
         7  within 90 days of resolution of this issue, the second payment
         8  is due within 270 days.
         9         MR. BREW:  It is 90.
08:43AM 10         THE COURT:  All right.  So 90 days from today's date
        11  -- let me ask Javier, 90 days from today's date would be what?
        12         MR. BREW:  February 13th?
        13         THE COURTROOM DEPUTY:  I have it as March 30th.
        14         THE COURT:  It wouldn't be March 30.
08:44AM 15         THE COURTROOM DEPUTY:  I'm sorry, Judge.
        16         THE COURT:  I will set the date as March the 13th,
        17  that is close enough.
        18         MR. FISHER:  Will that be an appearance date, Your
        19  Honor?
08:44AM 20         THE COURT:  No.  That is simply a payment date, and
        21  270 days from today's date, would be what?
        22         THE COURTROOM DEPUTY:  December 6th.
        23         THE COURT:  No.  It would be in September.
        24         THE COURTROOM DEPUTY:  270 days after the March?
08:45AM 25         THE COURT:  No.  270 days after today's date.
```

|  |  |
|---|---|
| 08:45AM | 1  THE COURTROOM DEPUTY: I'm sorry. It would be |
|  | 2  September 7th, it's a holiday. |
|  | 3  THE COURT: What I will do is this, I will put the |
|  | 4  matter back on -- both matters back on calendar for the |
|  | 5  September the 10th. |
|  | 6  By that point in time, both payments should |
|  | 7  have been made, and I want a status report by noon on the 8th |
|  | 8  of September, indicating whether or not there is anything else |
|  | 9  that needs to be done. |
| 08:46AM | 10  I presume by the 10th, I will get a dismissal |
|  | 11  of everything of both cases? |
|  | 12  MR. FISHER: Well -- |
|  | 13  THE COURT: Except the first case is actually |
|  | 14  already dismissed, pursuant to a settlement. I will be |
| 08:46AM | 15  indicating nothing further needs to be done in that matter. |
|  | 16  MR. FISHER: Your Honor, actually I talked with |
|  | 17  Mr. Lee last week about the first case, and in that case, I |
|  | 18  would request another status conference just so pressure |
|  | 19  remains on the parties to come up and implement a spend plan. |
| 08:46AM | 20  THE COURT: That is September 10th. I set both |
|  | 21  matters to be resolved at that point in time because payments |
|  | 22  will have been made. |
|  | 23  You guys have already talked about starting |
|  | 24  the discussion insofar as the distribution of money is |
| 08:46AM | 25  concerned, I presume you will have resolved it by September |

UNITED STATES DISTRICT COURT

|  |  |
|---|---|
|  | 1 the 10th? |
|  | 2 MR. FISHER: Hopefully, Your Honor. I will hang one |
|  | 3 issue out there, and I have talked with Mr. Lee, and just to |
|  | 4 appraise the Court, the first settlement money went into |
| 08:47AM | 5 two buckets, one of which was solely in control of the U.S. |
|  | 6 government. |
|  | 7 There was 10 million that was forfeited and it |
|  | 8 would be used for the benefit of the people of Equatorial New |
|  | 9 Guinea. |
| 08:47AM | 10 While we were working on a spend plan for the |
|  | 11 money out of the first bucket that is jointly controlled, the |
|  | 12 $10 million bucket may remain in issue. |
|  | 13 I have asked Mr. Lee to once again confirm |
|  | 14 that the U.S. intends to use that money for the benefit of the |
| 08:47AM | 15 people of Equatorial New Guinea. |
|  | 16 THE COURT: Is there going to be an issue on that? |
|  | 17 MR. LEE: No, that is still the current intent of |
|  | 18 the United States government. |
|  | 19 The $10 million that Mr. Fisher is referring |
| 08:47AM | 20 to, $10 million that was forfeited to the United States, and |
|  | 21 what the settlement agreement says is that it is the United |
|  | 22 States's intent to use that for the benefit of the Equatorial |
|  | 23 New Guinea people consistent with the U.S. forfeiture laws and |
|  | 24 how the U.S. forfeiture laws apply to these funds. |
| 08:48AM | 25 THE COURT: Again, I presume there is not going to |

```
         1   be an issue in this regard, but if there is an issue, I will
         2   resolve it on September 10, I set that date for both cases.
         3              Anything else I need to discuss with you guys?
         4        MR. FISHER:  I think we need to vacate the current
08:48AM  5   trial date.
         6        THE COURT:  I will vacate all other dates other than
         7   the dates I have set today.  Anything else?
         8        MR. LEE:  Thank you, Your Honor.
         9        MR. FISHER:  Thank you, Your Honor.
        10           (The proceedings concluded at 8:48 a.m.)
        11                            * * *
        12
        13
        14
        15
        16
        17
        18
        19
        20
        21
        22
        23
        24
        25
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

       I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date:  March 9, 2021

                /s/ TERRI A. HOURIGAN
           _____
           TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
              Federal Official Court Reporter

1

| $ | 8 | Boulevard [1] - 2:5<br>Brew [1] - 3:12 | 6:1<br>Covered [1] - 3:5 | E |
|---|---|---|---|---|
| $10 [3] - 7:12, 7:19, 7:20 | 894-2849 [1] - 1:24<br>8:30 [2] - 1:18, 3:2<br>8:48 [1] - 8:10<br>8th [1] - 6:7 | BREW [4] - 2:4, 3:12, 5:9, 5:12<br>bucket [2] - 7:11, 7:12<br>buckets [1] - 7:5<br>BY [4] - 2:4, 2:8, 2:12, 2:17 | COVERED [1] - 1:13<br>CRIMINAL [1] - 2:12<br>CRR [1] - 9:20<br>CRYSTAL [1] - 1:13<br>Crystal [1] - 3:5<br>CSR [2] - 1:22, 9:20<br>current [2] - 7:17, 8:4<br>CV [1] - 1:7<br>CV-11-3582-GW [1] - 1:11<br>CYPRESS [1] - 2:4 | entitled [1] - 9:12<br>Equatorial [4] - 4:4, 7:8, 7:15, 7:22<br>essentially [1] - 4:2<br>et [1] - 1:8<br>except [1] - 6:13 |
| / | 9 | | | F |
| /s [1] - 9:19 | 9 [1] - 9:16<br>90 [4] - 5:7, 5:9, 5:10, 5:11<br>90012 [1] - 1:24<br>90025 [1] - 2:6<br>90026 [1] - 2:9<br>90067 [1] - 2:19 | | | February [1] - 5:12<br>FEDERAL [1] - 1:23<br>Federal [2] - 9:6, 9:20<br>filing [1] - 4:6<br>FIRST [1] - 1:23<br>first [6] - 5:5, 5:6, 6:13, 6:17, 7:4, 7:11<br>Fisher [3] - 3:8, 3:21, 7:19<br>fisher [1] - 4:10<br>FISHER [11] - 2:7, 2:8, 3:8, 3:21, 4:23, 5:18, 6:12, 6:16, 7:2, 8:4, 8:9<br>five [1] - 4:5<br>Floor [1] - 2:13<br>FOR [2] - 2:3, 2:15<br>foregoing [1] - 9:10<br>forfeited [2] - 7:7, 7:20<br>forfeiture [2] - 7:23, 7:24<br>format [1] - 9:12<br>forward [1] - 3:25<br>funds [3] - 4:1, 4:4, 7:24 |
| 1 | | C | |  |
| 10 [2] - 7:7, 8:2<br>10th [5] - 2:13, 6:5, 6:10, 6:20, 7:1<br>11111 [1] - 2:5<br>11th [1] - 5:3<br>12 [2] - 1:18, 3:1<br>12th [1] - 5:2<br>13th [3] - 5:4, 5:12, 5:16<br>1400 [1] - 2:13<br>19-1848-GW [1] - 1:7 | | calendar [1] - 6:4<br>CALIFORNIA [6] - 1:2, 1:5, 1:19, 1:24, 3:1, 9:4<br>California [4] - 2:6, 2:9, 2:19, 9:8<br>case [4] - 3:25, 6:13, 6:17<br>Case [2] - 1:7, 1:11<br>cases [2] - 6:11, 8:2<br>CCRR [1] - 1:22<br>Central [1] - 9:8<br>CENTRAL [1] - 1:2<br>CERTIFICATE [1] - 9:1<br>certify [1] - 9:8<br>clients [1] - 4:3<br>close [1] - 5:17<br>Code [1] - 9:9<br>concerned [1] - 6:25<br>concluded [1] - 8:10<br>conference [3] - 3:22, 6:18, 9:13<br>CONFERENCE [1] - 1:17<br>confirm [1] - 7:13<br>conformance [1] - 9:13<br>consistent [1] - 7:23<br>contemplates [1] - 4:15<br>control [1] - 7:5<br>controlled [1] - 7:11<br>coordinate [1] - 4:3<br>correct [1] - 9:10<br>COUNSEL [1] - 2:1<br>COUNTY [1] - 9:3<br>COURT [23] - 1:1, 1:23, 3:4, 3:11, 3:16, 3:19, 4:8, 4:12, 4:19, 4:21, 4:25, 5:10, 5:14, 5:16, 5:20, 5:23, 5:25, 6:3, 6:13, 6:20, 7:16, 7:25, 8:6<br>Court [4] - 7:4, 9:7, 9:20<br>COURTROOM [5] - 5:13, 5:15, 5:22, 5:24, | D | |
| | A | | Date [1] - 9:16<br>date [11] - 5:1, 5:3, 5:10, 5:11, 5:16, 5:18, 5:20, 5:21, 5:25, 8:2, 8:5<br>dates [2] - 8:6, 8:7<br>days [12] - 4:17, 4:23, 4:25, 5:1, 5:2, 5:7, 5:8, 5:10, 5:11, 5:21, 5:24, 5:25<br>DC [1] - 2:14<br>DECEMBER [2] - 1:18, 3:1<br>December [1] - 5:22<br>DEFENDANT [1] - 2:15<br>Defendant [1] - 1:15<br>defendants [1] - 3:15<br>Defendants [1] - 1:9<br>DEPARTMENT [1] - 2:11<br>DEPUTY [5] - 5:13, 5:15, 5:22, 5:24, 6:1<br>discuss [1] - 8:3<br>discussion [1] - 6:24<br>discussions [1] - 4:10<br>dismissal [1] - 6:10<br>dismissed [1] - 6:14<br>distribution [1] - 6:24<br>DISTRICT [3] - 1:1, 1:2, 1:3<br>District [2] - 9:7, 9:8<br>DIVISION [2] - 1:2, 2:12<br>DLA [1] - 2:17<br>DOJ [1] - 3:22<br>done [2] - 6:9, 6:15<br>down [1] - 4:18<br>Drive [1] - 2:9<br>due [2] - 5:6, 5:8 | |
| 2 | a.m [1] - 8:10<br>A.M [2] - 1:18, 3:2<br>ability [1] - 3:25<br>above-entitled [1] - 9:12<br>account [1] - 4:2<br>action [1] - 3:15<br>agreement [2] - 4:15, 7:21<br>al [1] - 1:8<br>Ambassador [1] - 4:4<br>AMERICA [1] - 1:10<br>Angeles [3] - 2:6, 2:9, 2:19<br>ANGELES [4] - 1:19, 1:24, 3:1, 9:3<br>appearance [1] - 5:18<br>appearances [1] - 3:7<br>APPEARANCES [1] - 2:1<br>appearing [3] - 3:9, 3:13, 3:15<br>apply [1] - 7:24<br>appraise [1] - 7:4<br>Attorney [4] - 2:5, 2:8, 2:13, 2:18<br>Avenue [2] - 2:13, 2:18 | | | |
| 2000 [1] - 2:18<br>20005 [1] - 2:14<br>2019 [2] - 1:18, 3:1<br>2021 [1] - 9:16<br>2121 [1] - 2:9<br>213 [1] - 1:24<br>270 [6] - 4:23, 4:25, 5:8, 5:21, 5:24, 5:25<br>28 [1] - 9:9 | | | | |
| 3 | | | | G |
| 30 [4] - 4:17, 5:1, 5:2, 5:14<br>30th [1] - 5:13<br>350 [1] - 1:23<br>3838 [2] - 1:22, 9:20 | | | | GEORGE [1] - 1:3<br>given [1] - 4:13<br>Glove [1] - 3:5<br>GLOVE [1] - 1:13<br>government [2] - 7:6, 7:18<br>Guinea [4] - 4:4, 7:9, 7:15, 7:23<br>guys [3] - 3:19, 6:23, 8:3 |
| 4 | | | | |
| 400 [1] - 2:18<br>4311 [1] - 1:23 | | | | |
| 5 | | | | H |
| 500 [1] - 2:5 | B | | | hang [1] - 7:2<br>HEATH [2] - 2:17, 3:14<br>Heath [1] - 3:14<br>held [1] - 9:11<br>hereby [1] - 9:8 |
| 6 | BAD [1] - 1:13<br>Bad [1] - 3:5<br>behalf [3] - 3:9, 3:13, 3:15<br>benefit [3] - 7:8, 7:14, 7:22<br>biggest [1] - 4:1 | | DLA [1] - 2:17<br>DOJ [1] - 3:22<br>done [2] - 6:9, 6:15<br>down [1] - 4:18<br>Drive [1] - 2:9<br>due [2] - 5:6, 5:8 | |
| 6th [1] - 5:22 | | | | |
| 7 | | | | |
| 753 [1] - 9:9<br>7th [1] - 6:2 | | Court [4] - 7:4, 9:7, 9:20<br>COURTROOM [5] - 5:13, 5:15, 5:22, 5:24, | | |

| | | | | |
|---|---|---|---|---|
| **holiday** [1] - 6:2<br>**Honor** [11] - 3:8, 3:12, 3:14, 3:21, 4:23, 5:6, 5:19, 6:16, 7:2, 8:8, 8:9<br>**HONORABLE** [1] - 1:3<br>**hopefully** [1] - 7:2<br>**HOURIGAN** [4] - 1:22, 9:6, 9:19, 9:20<br><br>**I**<br><br>**implement** [1] - 6:19<br>**including** [1] - 3:23<br>**indicating** [2] - 6:8, 6:15<br>**insofar** [1] - 6:24<br>**intends** [1] - 7:14<br>**intent** [2] - 7:17, 7:22<br>**issue** [8] - 4:1, 4:18, 5:7, 7:3, 7:12, 7:16, 8:1<br>**issues** [1] - 3:20<br><br>**J**<br><br>**JACKSON** [1] - 1:14<br>**January** [2] - 5:3, 5:4<br>**Javier** [1] - 5:11<br>**jointly** [1] - 7:11<br>**Judge** [1] - 5:15<br>**JUDGE** [1] - 1:3<br>**judicial** [1] - 9:13<br>**Julian** [1] - 3:12<br>**JULIAN** [1] - 2:4<br>**julian@cypressllp.com** [1] - 2:6<br>**JUSTICE** [1] - 2:11<br><br>**K**<br><br>**Kevin** [2] - 3:8, 3:21<br>**KEVIN** [1] - 2:8<br>**KREKORIAN** [1] - 2:7<br><br>**L**<br><br>**last** [2] - 3:23, 6:17<br>**Law** [4] - 2:5, 2:8, 2:13, 2:18<br>**laws** [2] - 7:23, 7:24<br>**LEE** [8] - 2:12, 3:18, 4:10, 4:15, 4:20, 5:6, 7:17, 8:8<br>**Lee** [6] - 3:18, 3:23, 4:8, 6:17, 7:3, 7:13<br>**LEVI** [1] - 2:17<br>**levi** [1] - 3:14 | **LLC** [1] - 1:5<br>**LLP** [2] - 2:4, 2:17<br>**LOS** [4] - 1:19, 1:24, 3:1, 9:3<br>**Los** [3] - 2:6, 2:9, 2:19<br><br>**M**<br><br>**MALIBU** [2] - 1:5, 2:3<br>**Management** [1] - 3:10<br>**Mangue** [1] - 3:9<br>**March** [5] - 5:13, 5:14, 5:16, 5:24, 9:16<br>**matter** [4] - 4:12, 6:4, 6:15, 9:12<br>**matters** [3] - 3:4, 6:4, 6:21<br>**MAURICIO** [2] - 1:8, 2:15<br>**MEMORABILIA** [1] - 1:14<br>**met** [1] - 3:22<br>**MICHAEL** [1] - 1:14<br>**million** [4] - 7:7, 7:12, 7:19, 7:20<br>**money** [6] - 4:7, 4:14, 6:24, 7:4, 7:11, 7:14<br>**Monica** [1] - 2:5<br>**months** [2] - 4:20, 4:21<br>**morning** [3] - 3:8, 3:12, 3:14<br>**move** [1] - 3:25<br>**MR** [20] - 3:8, 3:12, 3:14, 3:18, 3:21, 4:10, 4:15, 4:20, 4:23, 5:6, 5:9, 5:12, 5:18, 6:12, 6:16, 7:2, 7:17, 8:4, 8:8, 8:9<br><br>**N**<br><br>**N.W** [1] - 2:13<br>**need** [2] - 8:3, 8:4<br>**needs** [2] - 6:9, 6:15<br>**New** [5] - 2:13, 4:4, 7:8, 7:15, 7:23<br>**Nguema** [1] - 3:9<br>**NO** [2] - 1:22, 9:20<br>**noon** [1] - 6:7<br>**noted** [1] - 3:22<br>**nothing** [1] - 6:15<br><br>**O**<br><br>**Obiang** [1] - 3:9<br>**objection** [1] - 4:11 | **OF** [8] - 1:2, 1:10, 1:17, 2:1, 2:11, 9:1, 9:3, 9:4<br>**Official** [2] - 9:6, 9:20<br>**OFFICIAL** [2] - 1:23, 9:1<br>**once** [1] - 7:13<br>**One** [1] - 3:5<br>**ONE** [1] - 1:13<br>**one** [3] - 4:17, 7:2, 7:5<br>**original** [1] - 4:5<br>**OTHER** [1] - 1:14<br><br>**P**<br><br>**page** [1] - 9:12<br>**Park** [1] - 2:9<br>**parties** [1] - 6:19<br>**payment** [5] - 4:17, 5:5, 5:6, 5:7, 5:20<br>**payments** [3] - 4:16, 6:6, 6:21<br>**people** [3] - 7:8, 7:15, 7:23<br>**PIPER** [1] - 2:17<br>**Plaintiff** [2] - 1:6, 1:11<br>**PLAINTIFF** [1] - 2:3<br>**plaintiffs** [1] - 3:13<br>**plan** [4] - 4:6, 4:11, 6:19, 7:10<br>**point** [6] - 3:20, 4:18, 4:19, 6:6, 6:21<br>**pressure** [1] - 6:18<br>**presume** [5] - 4:12, 5:1, 6:10, 6:25, 7:25<br>**problem** [1] - 4:9<br>**proceedings** [2] - 8:10, 9:11<br>**pursuant** [2] - 6:14, 9:9<br>**put** [2] - 5:4, 6:3<br><br>**R**<br><br>**Realtime** [1] - 9:6<br>**referring** [1] - 7:19<br>**regard** [1] - 8:1<br>**regulations** [1] - 9:13<br>**remain** [1] - 7:12<br>**remains** [1] - 6:19<br>**report** [2] - 3:22, 6:7<br>**reported** [1] - 9:11<br>**REPORTER** [2] - 1:23, 9:1<br>**Reporter** [2] - 9:7, 9:20<br>**REPORTER'S** [1] - 1:17 | **representatives** [1] - 3:23<br>**request** [1] - 6:18<br>**resolution** [3] - 4:13, 4:17, 5:7<br>**resolve** [1] - 8:2<br>**resolved** [4] - 3:20, 3:24, 6:21, 6:25<br>**rkf@fkslaw.net** [1] - 2:10<br>**road** [1] - 4:18<br>**ROOM** [1] - 1:23<br>**RPR** [1] - 9:20<br><br>**S**<br><br>**Santa** [1] - 2:5<br>**second** [1] - 5:7<br>**Section** [1] - 9:9<br>**September** [7] - 5:23, 6:2, 6:5, 6:8, 6:20, 6:25, 8:2<br>**set** [4] - 5:16, 6:20, 8:2, 8:7<br>**settlement** [6] - 4:2, 4:7, 4:15, 6:14, 7:4, 7:21<br>**settling** [1] - 3:25<br>**simply** [1] - 5:20<br>**six** [2] - 4:20, 4:21<br>**solely** [1] - 7:5<br>**sorry** [2] - 5:15, 6:1<br>**spend** [3] - 4:6, 6:19, 7:10<br>**spent** [1] - 4:7<br>**Stars** [1] - 2:18<br>**starting** [1] - 6:23<br>**STATE** [1] - 9:4<br>**States** [7] - 3:5, 3:18, 7:18, 7:20, 9:7, 9:9, 9:14<br>**STATES** [2] - 1:1, 1:10<br>**States's** [1] - 7:22<br>**STATUS** [1] - 1:17<br>**status** [3] - 3:22, 6:7, 6:18<br>**stenographically** [1] - 9:11<br>**still** [2] - 4:6, 7:17<br>**STREET** [1] - 1:23<br>**Suite** [2] - 2:5, 2:18<br>**Sweetwater** [4] - 3:6, 3:10, 3:15, 4:12<br>**SWEETWATER** [2] - 1:5, 2:3 | **T**<br><br>**telephone** [1] - 3:16<br>**TELEPHONIC** [1] - 1:17<br>**Teodoro** [1] - 3:9<br>**TERRI** [4] - 1:22, 9:6, 9:19, 9:20<br>**THE** [28] - 2:3, 2:15, 3:4, 3:11, 3:16, 3:19, 4:8, 4:12, 4:19, 4:21, 4:25, 5:10, 5:13, 5:14, 5:15, 5:16, 5:20, 5:22, 5:23, 5:24, 5:25, 6:1, 6:3, 6:13, 6:20, 7:16, 7:25, 8:6<br>**THURSDAY** [2] - 1:18, 3:1<br>**Title** [1] - 9:9<br>**today** [2] - 5:2, 8:7<br>**today's** [6] - 5:1, 5:3, 5:10, 5:11, 5:21, 5:25<br>**Tour** [1] - 3:5<br>**TOUR** [1] - 1:13<br>**transcript** [2] - 9:10, 9:12<br>**TRANSCRIPT** [1] - 1:17<br>**transferred** [1] - 4:14<br>**trial** [1] - 8:5<br>**true** [1] - 9:10<br>**trust** [1] - 4:2<br>**two** [2] - 4:15, 7:5<br><br>**U**<br><br>**U.S** [6] - 1:3, 4:3, 7:5, 7:14, 7:23, 7:24<br>**Umansky** [2] - 3:6, 3:25<br>**UMANSKY** [2] - 1:8, 2:15<br>**United** [8] - 3:5, 3:18, 7:18, 7:20, 7:21, 9:7, 9:9, 9:14<br>**UNITED** [2] - 1:1, 1:10<br>**up** [1] - 6:19<br>**US** [1] - 2:17<br><br>**V**<br><br>**vacate** [2] - 8:4, 8:6<br>**versus** [2] - 3:5, 3:6<br>**vs** [1] - 1:7<br><br>**W**<br><br>**Washington** [2] - 2:14, 3:23 |

**week** [2] - 3:23, 6:17
**WEST** [1] - 1:23
**WESTERN** [1] - 1:2
**White** [1] - 3:5
**WHITE** [1] - 1:13
**WILLIAM** [1] - 2:17
**Woo** [1] - 3:18
**WOO** [1] - 2:12
**words** [1] - 4:21
**WU** [1] - 1:3

## Y

**years** [1] - 4:5
**York** [1] - 2:13

UNITED STATES DISTRICT COURT